Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF ALASKA

UNITED STATES OF AMERICA

Case No. 02CR0093

V.

Alvaro Amaya

On May 20, 2004, the above-named was placed on supervised release for a period of 3 years. The defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Alvaro Amaya be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

**REDACTED SIGNATURE**

Michael Pentangelo
Senior U.S. Probation Officer

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 12 day of June, 2006.

**REDACTED SIGNATURE**

James K. Singleton
Senior U.S. District Court Judge